TOWNSEND AND TOWNSEND AND CREW LLP
IGOR SHOIKET (State Bar No. 190066)
PAUL F. KIRSCH (State Bar No. 127446)
Two Embarcadero Center, Eighth Floor
San Francisco, CA 94111
Telephone:  (415) 576-0200
Facsimile:  (415) 576-0300
Email:  ishoiket@townsend.com
Email:  pkirsch@townsend.com

SENNIGER POWERS
ROBERT M. EVANS, JR. (*Pro Hac Vice*)
DAVID W. HARLAN *(Pro Hac Vice)*
MARC W. VANDER TUIG (*Pro Hac Vice*)
One Metropolitan Square, 16th Floor
St. Louis, MO  63102
Telephone:  (314) 231-5400
Facsimile:  (314) 231-4342
Email:  revans@senniger.com
Email:  dharlan@senniger.com
Email:  mvandertuig@senniger.com

Attorneys for Defendant and Counter-Claimant
MEMC ELECTRONIC MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO and SUMCO USA CORPORATION,<br><br>    Plaintiffs and Counter-Defendants,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC.,<br><br>    Defendant and Counter-Claimant.<br><br>AND RELATED COUNTERCLAIMS. | Case No.   C 05-02133 SBA (JCS)<br>Related w/ Case No. C 01-04925 SBA (JCS)<br><br>**ORDER GRANTING MEMC'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF EXHIBIT 2 TO DECLARATION OF IGOR SHOIKET IN SUPPORT OF MEMC'S MOTION FOR SEPARATE TRIAL AND DEFERRED DISCOVERY ON SUMCO'S CLAIM OF ATTEMPTED MONOPOLIZATION**<br><br>**Date:         December 6, 2005**<br>**Time:         1:00 p.m.**<br>**Courtroom:  3** |

[PROPOSED] ORDER GRANTING MEMC'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF
EXHIBIT 2 TO DECLARATION OF IGOR SHOIKET IN SUPPORT OF MEMC'S MOTION FOR SEPARATE TRIAL AND DEFERRED
DISCOVERY ON SUMCO'S CLAIM OF ATTEMPTED MONOPOLIZATION
Case No. C 05-02133 SBA (JCS), Related w/ Case No. C 01-04925 SBA (JCS)

1

2    The Court having considered MEMC's Administrative Motion for an Order Permitting the

3 Filing Under Seal of Exhibit 2 to Declaration of Igor Shoiket in Support of MEMC's Motion for

4 Separate Trial and Deferred Discovery on SUMCO's Claim of Attempted Monopolization, and good

5 cause appearing,

6

7    IT IS HEREBY ORDERED that the clerk's office shall accept filing under seal the previously-lodged sealed copies of the following documents:

8

9    **EXHIBIT 2 TO THE DECLARATION OF IGOR SHOIKET IN SUPPORT OF MEMC'S MOTION FOR SEPARATE TRIAL AND DEFERRED DISCOVERY ON SUMCO'S CLAIM OF ATTEMPTED MONOPOLIZATION.**

10

11   IT IS SO ORDERED.

12

13   DATED: 11/28/05

                                        _____
14                                        Honorable Saundra B. Armstrong
                                          Judge of the United States District Court
15   60642477 v1

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING MEMC'S ADMINISTRATIVE MOTION FOR AN ORDER PERMITTING THE FILING UNDER SEAL OF   1
EXHIBIT 2 TO DECLARATION OF IGOR SHOIKET IN SUPPORT OF MEMC'S MOTION FOR SEPARATE TRIAL AND DEFERRED
DISCOVERY ON SUMCO'S CLAIM OF ATTEMPTED MONOPOLIZATION
Case No. C 05-02133 SBA (JCS), Related w/ Case No. C 01-04925 SBA (JCS)