1  Robert B. Morrill (SBN 35488)
   Matthew T. Powers (SBN 124493)
2  SIDLEY AUSTIN BROWN & WOOD LLP
   555 California Street, Suite 5000
3  San Francisco, California 94104
   Telephone:  (415) 772-1200
4  Facsimile:   (415) 397-4621

5  R. Terrance Rader (*Pro Hac Vice*)
   David T. Nikaido (*Pro Hac Vice*)
6  RADER, FISHMAN & GRAUER PLLC
   39533 Woodward Avenue, Suite 140
7  Bloomfield Hills, Michigan 48304
   Telephone:  (248) 594-0600
8  Facsimile:   (248) 594-0610

9  Attorneys for Defendants

10

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

| | |
|---|---|
| MEMC ELECTRONIC MATERIALS, INC., ) | Case No.:  C 01-4925 SBA (JCS) |
| ) | Related w/Case No. C 05-02133 SBA (JCS) |
| Plaintiff, ) | |
| ) | **MISCELLANEOUS ADMINISTRATIVE** |
| vs. ) | **REQUEST TO FILE EXHIBIT 10 OF** |
| ) | **DECLARATION OF MATTHEW T.** |
| MITSUBISHI MATERIALS SILICON ) | **POWERS IN SUPPORT OF** |
| CORPORATION, a corporation of Japan; ) | **DEFENDANTS' REPLY BRIEF IN** |
| MITSUBISHI SILICON AMERICA ) | **SUPPORT OF MOTION FOR SUMMARY** |
| CORPORATION, a California corporation; ) | **JUDGMENT OF ZERO DAMAGES** |
| SUMITOMO MITSUBISHI SILICON ) | **BECAUSE OF NO INDUCEMENT UNDER** |
| CORPORATION, aka SUMCO, a corporation ) | **35 U.S.C. §271(b) UNDER SEAL** |
| of Japan; SUMCO USA CORPORATION, aka ) | **PURSUANT TO LOCAL RULE 79-5 (d)** |
| SUMCO USA, a Delaware Corporation; and ) | **AND 7-11; AND  ORDER** |
| SUMCO USA SALES CORPORATION, aka ) | |
| SUMCO USA SALES, a Delaware corporation, ) | Date:   January 10, 2005 |
| ) | Time:   1:00 p.m. |
| Defendants. ) | Courtroom 3, 3rd Floor |
| ) | Honorable Saundra Brown Armstrong |

28  MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBIT 10 OF DECLARATION OF MATTHEW T.
POWERS IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION FOR SUMMARY
JUDGMENT OF ZERO DAMAGES UNDER SEAL AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS),
RELATED W/CASE NO. C 01-02133 SBA (JCS)

Defendants, through their counsel, hereby request the Court to file under seal Exhibit 10 of the Declaration of Matthew T. Powers in Support of Defendants' Reply Brief in Support of Defendants' Motion For Summary Judgment of Zero Damages Because of No Inducement Under 35 U.S.C. § 271(b).  Exhibit 10 consists of a deposition transcript taken on November 3, 2005 (yesterday) of I.S. Kim, an employee of Samsung Austin, a third party.  Counsel for Samsung designated the transcript "Confidential" under the Protective Order in effect in this case.  It is necessary and appropriate to file this Exhibit under seal in that the exhibit has been designated by a third party (Samsung Austin) "Confidential" under the Protective Order in effect in this case.  Defendants request that Exhibit 10 be filed under seal and submit the attached proposed order granting that requested relief.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 13, 2005                    Respectfully submitted,

                                             By: /s/
                                                 Edward V. Anderson
                                                 Robert B. Morrill
                                                 Matthew T. Powers
                                                 SIDLEY AUSTIN BROWN & WOOD LLP

                                                 R. Terrance Rader (*Pro Hac Vice*)
                                                 David T. Nikaido (*Pro Hac Vice*)
                                                 RADER, FISHMAN & GRAUER PLLC

                                             Attorneys for Defendants

---

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE EXHIBIT 10 OF DECLARATION OF MATTHEW T. POWERS IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF ZERO DAMAGES UNDER SEAL AND [PROPOSED] ORDER - CASE NO. C 01-4925 SBA (JCS), RELATED W/CASE NO. C 01-02133 SBA (JCS)

**[PROPOSED] ORDER**

Good cause appearing therefor, the Court ORDERS that Exhibit 10 to the Declaration of Matthew T. Powers in Support of Defendants' Reply Brief in Support of Its Motion for Summary Judgment of Zero Damages Because of No Inducement Under 35 U.S.C. §271(b) shall be filed under seal.

IT IS SO ORDERED.

Dated:  12/19/05

_____
Honorable Saundra B. Armstrong
United States District Judge

SF1 1422621v.1