1  Robert B. Morrill (SBN 35488)
   Matthew T. Powers (SBN 124493)
2  SIDLEY AUSTIN BROWN & WOOD LLP
   555 California Street, Suite 5000
3  San Francisco, California 94104
   Telephone:   (415) 772-1200
4  Facsimile:   (415) 397-4621

5  R. Terrance Rader (*Pro Hac Vice*)
   David T. Nikaido (*Pro Hac Vice*)
6  RADER, FISHMAN & GRAUER PLLC
   39533 Woodward Avenue, Suite 140
7  Bloomfield Hills, Michigan 48304
   Telephone:   (248) 594-0600
8  Facsimile:   (248) 594-0610

9  Attorneys for Defendants

10

11                 UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                     OAKLAND DIVISION

14  MEMC ELECTRONIC MATERIALS, INC.,   )   Case No.:  C 01-4925 SBA (JCS)
                                       )   Related w/Case No. C 05-02133 SBA (JCS)
15            Plaintiff,               )
                                       )   **MISCELLANEOUS ADMINISTRATIVE**
16       vs.                           )   **REQUEST FOR EXTENSION OF TIME**
                                       )   **TO RESPOND TO DOCKET NO. 560; AND**
17  MITSUBISHI MATERIALS SILICON       )   **ORDER**
    CORPORATION, a corporation of Japan; )
18  MITSUBISHI SILICON AMERICA         )
    CORPORATION, a California corporation; )   Date:   None
19  SUMITOMO MITSUBISHI SILICON        )   Time:   None
    CORPORATION, aka SUMCO, a corporation )   Courtroom 3, 3rd Floor
20  of Japan; SUMCO USA CORPORATION, aka )   Honorable Saundra Brown Armstrong
    SUMCO USA, a Delaware Corporation; and )
21  SUMCO USA SALES CORPORATION, aka   )
    SUMCO USA SALES, a Delaware corporation, )
22                                     )
                                       )
23            Defendants.              )
                                       )
24

25

26

27

28

1    Defendants, through their counsel, hereby request the Court to grant this administrative

2  request for additional time to respond to Docket No. 560, which is MEMC's Administrative Request

3  to File Documents Under Seal.

4    As the Court knows, the parties have submitted voluminous briefs, declarations and exhibits

5  and have filed a number of administrative requests to seal certain documents.  On December 8, 2005,

6  MEMC submitted an administrative request which designated 79 exhibits under seal and two entire

7  briefs under seal, claiming that it is necessary and appropriate to file these documents under seal in

8  "that reference is made throughout the motion to information and documents designated by

9  Defendants" as confidential.  MEMC also claimed it would not be practical to "remove the

10  confidential information or exhibits from the motion or declarations and make it meaningful."

11    Unfortunately the exhibits and briefs submitted pursuant to Docket No. 560 are extremely

12  voluminous, and actually in many cases are documents designated confidential by MEMC, not by

13  defendants.  Defendants are also missing several exhibits from the set of documents designated

14  confidential by MEMC – these documents were provided on a CD, not in paper form, which has

15  been the consistent practice in this case.  Counsel for defendants have diligently attempted to

16  respond to Docket 560 but respectfully request that more time is required to comply.  On December

17  21, 2005, I attempted to contact Duane Mathieowetz to determine if he would agree to an extension

18  of time but could not reach him.  Defendants simply request additional time to review the documents

19  to determine whether any confidential information should be placed in the public record, and to

20  determine whether MEMC and not Defendants should make determinations about what documents it

21  designated confidential should remain confidential.  Because of the upcoming holidays and

22  additional time constraints, defendants request that they be permitted to submit an appropriate

23  response to Docket 560 no later than January 6, 2006.  The only issue presented by defendants'

24  response is whether the voluminous documents filed under seal by MEMC should be filed under seal

25  or ultimately be placed in the public file.  For this reason, defendants respectfully request additional

26  time to submit their response.

27    I declare under penalty of perjury that the foregoing is true and correct.

28

1

2

Dated:  December 21, 2005

Respectfully submitted,

3

4

By: /s/  Matthew T. Powers

Edward V. Anderson
Robert B. Morrill
Matthew T. Powers
SIDLEY AUSTIN BROWN & WOOD LLP

5

6

7

R. Terrance Rader (*Pro Hac Vice*)
David T. Nikaido (*Pro Hac Vice*)
RADER, FISHMAN & GRAUER PLLC

8

9

Attorneys for Defendants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED] ORDER**

2    Good cause appearing therefor, the Court ORDERS that defendants are to submit an

3 appropriate response to Docket No. 560 no later than January 6, 2006.

4    IT IS SO ORDERED.

5 Dated:  1/3/06

_____
Honorable Saundra B. Armstrong
United States District Judge

6

7

8
SF1 1425242v.1
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28