Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)
Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
SIDLEY AUSTIN BROWN & WOOD LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 772-1200
Facsimile:  (415) 772-7400

R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)*
David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*
RADER, FISHMAN & GRAUER PLLC
39533 Woodard Avenue, Suite 140
Bloomfield Hills, MI 48304
Telephone:  (248) 594-0600
Facsimile:   (248) 594-0610

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan and SUMCO USA CORPORATION, a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>MEMC ELECTRONIC MATERIALS, INC., a Delaware corporation,<br><br>　　　　　　　Defendant. | No. C 05-02133 SBA (JCS)<br>Related w/Case No. C 01-04925 SBA (JCS)<br><br>**STIPULATION RE: STATUS OF MEDIATION AND  ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**<br><br>Date:  None<br>Time:  None<br>Courtroom: 3, 3rd Floor<br>Honorable Saundra Brown Armstrong |

1   The parties hereto, by and between their respective counsel, provide this stipulation and

2   proposed order at the request of this Court's ADR unit.

3   **STIPULATION**

4   1.   On November 2, 2005, the parties had a conference call with Richard H. Abramson,

5   who has been selected as the mediator in this case.

6   2.   During the conference call, all parties agreed that because there was already an

7   ongoing mediation in a related case, Docket No. C 01-04925, going through mediation with

8   Magistrate Judge Zimmerman, that it would not make sense to have two mediations during the same

9   time period.

10   3.   The parties agreed to contact mediator Abramson on January 31, 2006 to report the

11   results of the mediation and settlement discussions in the related case.  A further conference call is

12   scheduled with mediator Abramson at 9:00 a.m. on February 6, 2006.

13   4.   The parties request that the deadline for concluding mediation in this case be

14   extended until at least April 10, 2006.  At that time the parties will have a much better idea of the

15   relative merits of their positions, summary judgment motions and a trial will have concluded in the

16   related case, and mediation in the related case can go forward.

17

18   Dated: December 21, 2005                    SIDLEY AUSTIN BROWN & WOOD LLP

19

20                                      By:_____/s/_____
21                                         Robert B. Morrill (SBN 35488)
                                           Matthew T. Powers (SBN. 124493)
22                                         SIDLEY AUSTIN BROWN & WOOD LLP
                                           555 California Street
23                                         San Francisco, California 94104
                                           Telephone: (415) 772-1200
24                                         Fax: (415) 397-4621

25                                         R. Terrance Rader
                                           David T. Nikaido
26                                         RADER, FISHMAN & GRAUER PLLC
                                           39533 Woodward Ave., Suite 140
27                                         Bloomfield Hills, MI  48304
                                           Telephone: 248-594-0600
28                                         Fax: (248) 594-0610
                                           1

1

2

Attorneys for Plaintiffs
SUMCO and SUMCO USA Corporation

3
Dated: December 21, 2005

TOWNSEND AND TOWNSEND AND CREW LLP

4

5
By:_____/s/Igor Shoiket_____
        Igor Shoiket (SBN 190066)

6
        Paul F. Kirsch (SBN 127446)
        Two Embarcadero Center, 8th Floor

7
        San Francisco, CA 94111
        Telephone: (415) 576-0200

8
        Facsimile: (415) 576-0300
        Email: ishoiket@townsend.com

9
        Email: pkirsch@townsend.com

10
        Robert M. Evans, Jr. (*Pro Hac Vice*)
        SENNIGER POWERS

11
        One Metropolitan Square, 16th Floor
        St. Louis, MO 63102

12
        Telephone: (314) 231-5400
        Facsimile: (314) 231-4342

13
        Attorneys for Defendant

14
        MEMC Electronic Materials, Inc.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**

1

2

**SIGNATURE ATTESTATION**

3

4        I hereby attest that I have on file a holograph signature of Igor Shoiket of Townsend

and Townsend and Crew LLP to the foregoing Stipulation where indicated by a "Conformed"

5

signature within this e-filed document.

6

Dated:  December 21, 2005                    SIDLEY AUSTIN BROWN & WOOD LLP

7                                    By:_____/s/_____

Robert B. Morrill (SBN 35488)

8                                        Matthew T. Powers (SBN. 124493)

SIDLEY AUSTIN BROWN & WOOD LLP

9                                        555 California Street

San Francisco, California 94104

10                                       Telephone: (415) 772-1200

Fax: (415) 397-4621

11

R. Terrance Rader

12                                       David T. Nikaido

RADER, FISHMAN & GRAUER PLLC

13                                       39533 Woodward Ave., Suite 140

Bloomfield Hills, MI  48304

14                                       Telephone: 248-594-0600

Fax: (248) 594-0610

15

Attorneys for Plaintiffs

16                                       SUMCO and SUMCO USA Corporation

17

18

19                              **[PROPOSED ORDER]**

20        Good cause appearing therfor, the Court ORDERS that the deadline for concluding

21   mediation in this case is extended until April 10, 2006, subject to further order of the Court.

22        IT IS SO ORDERED.

23   Dated:  January 3, 2006              _____

24                                       Honorable Saundra Brown Armstrong

United States District Judge

25

26

27

28

3

1

## **PROOF OF SERVICE**

2

    I declare I am over the age of 18 years, and not a party to this action.  My place of
employment and business address is Sidley Austin Brown & Wood LLP, 555 California Street, San
Francisco, California 94104.

3

4

    On December 21, 2005, I served copies of the following documents(s):

5

    **STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER
EXTENDING DEADLINE TO CONCLUDE MEDIATION**

6

7

on the following individuals and entities, as addressed below, by the means indicated below:

8

Igor Shoiket                                       Robert M. Evans, Jr.
Paul F. Kirsch                                     Marc W. Vander Tuig
                                                   David W. Harlan

9

Townsend and Townsend and Crew LLP                 Senniger Powers
Two Embarcadero Center, 8th Floor                  One Metropolitan Square, 16th Floor
San Francisco, CA  94111                           St. Louis, MO 63102

10

11

Alice Fiel, ADR Unit
U.S. District Court

12

450 Golden Gate Ave.
San Francisco, CA

13

Fax #415-522-4112

14

    (BY MAIL) I am personally and readily familiar with the business practice of Sidley Austin
Brown & Wood LLP for collection and processing of correspondence for mailing with the
United States Postal Service, pursuant to which mail placed for collection at designated
stations in the ordinary course of business is deposited the same day, proper postage prepaid,
with the United States Postal Service.  I caused such document(s) to be sent via U.S. Mail
according to the practices above.

15

16

17

    **(BY FACSIMILE) I caused the above document(s) to be transmitted by facsimile to the
parties listed above.**

18

19

    (BY FEDERAL EXPRESS) I caused the above document(s) to be sent by Federal Express
for priority overnight delivery.  The above-mentioned document(s) would have been
deposited with Federal Express with all charges paid.

20

21

    I declare under penalty of perjury that the foregoing is true and correct.  Executed on
December 21, 2005.

22

23

_____

24

25

26

27

28

4

**STIPULATION RE: STATUS OF MEDIATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO
CONCLUDE MEDIATION**
**CASE NO. C 05-02133 SBA (JCS), RELATED CASE NO. C 01-04925 SBA (JCS)**