**United States District Court**
For the Northern District of California

1
2
3
4
5   IN THE UNITED STATES DISTRICT COURT
6   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8   SUMITOMO MITSUBISHI SILICON CORPORATION, et al.,          No. C 05-2133 SBA
                                                               (*Related to Case No. C 01-4925*)
9           Plaintiffs,
                                                               **ORDER**
10   v.
11   MEMC ELECTRONIC MATERIALS, INC.,
12           Defendant.
                                      /
13
14           Currently pending before the Court in Related Case No. C 01-4925 are: (1) SUMCO's Motion
15   for Summary Judgment of Non-Infringement and Invalidity, (2) SUMCO's Motion to Exclude the
16   Expert Report and Testimony of Plaintiff's Proposed Expert Mule'Stagno, (3) SUMCO's Motion for
17   Summary Judgment of Zero Damages, (4) MEMC's Motion for Summary Judgment Against Defendants'
18   Invalidity Affirmative Defense, and (5) MEMC's Motion for Summary Judgment of Active Inducement.
19           In order to conserve the resources of the parties and the Court, the Court finds it appropriate to
20   continue the Case Management Conference in Case No. C 05-2133 until after the Court has issued its
21   ruling on the aforementioned motions.
22           Accordingly,
23           IT IS HEREBY ORDERED THAT the Case Management Conference, currently scheduled for
24   January 25, 2006 at 3:00 p.m. is VACATED.  The parties shall appear for a <u>telephonic</u> Case
25   Management Conference on **Wednesday, February 15, 2006 at 3:30 p.m.**  The parties shall **meet and**
26   **confer** prior to the conference and shall prepare a joint Case Management Conference Statement which
27   shall be filed no later than five (5) days prior to the Case Management Conference.  Counsel for
28   Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call.  All

1  parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.
2      IT IS SO ORDERED.

4  Dated: 1/23/06                            SAUNDRA BROWN ARMSTRONG
                                                 United States District Judge

**United States District Court**
For the Northern District of California