1 | Robert B. Morrill, <rmorrill@sidley.com> (SBN 035488)
2 | Edward V. Anderson, <evanderson@sidley.com> (SBN 083148)
Matthew T. Powers, <mpowers@sidley.com> (SBN 124493)
3 | SIDLEY AUSTIN LLP
555 California Street, Suite 2000
4 | San Francisco, CA 94104
Telephone: (415) 772-1200
5 | Facsimile: (415) 772-7400

6 | R. Terrance Rader, <rtr@raderfishman.com> *(pro hac vice)*
David T. Nikaido, <dtn@raderfishman.com> *(pro hac vice)*
7 | Glenn E. Forbis, <gef@raderfishman.com> *(pro hac vice)*
RADER, FISHMAN & GRAUER PLLC
8 | 39533 Woodard Avenue, Suite 140
Bloomfield Hills, MI 48304
9 | Telephone: (248) 594-0600
Facsimile:  (248) 594-0610

10 | *Attorneys for Defendants*

11

12 |                     UNITED STATES DISTRICT COURT

13 |                    NORTHERN DISTRICT OF CALIFORNIA

14 |                            OAKLAND DIVISION

15 | MEMC ELECTRONIC MATERIALS, INC.,  )  Case No.: C 01-4925 SBA (JCS)
16 |                                   )  Related w/Case No. C 05-02133 SBA (JCS)
                Plaintiff,            )
17 |                                   )   **ORDER RE:  CONFIDENTIAL**
         vs.                          )   **DOCUMENTS**
18 |                                   )
MITSUBISHI MATERIALS SILICON      )
19 | CORPORATION, a corporation of Japan;  )
MITSUBISHI SILICON AMERICA        )
20 | CORPORATION, a California corporation; )
SUMITOMO MITSUBISHI SILICON       )
21 | CORPORATION, aka SUMCO, a corporation )
of Japan; SUMCO USA CORPORATION, aka )
22 | SUMCO USA, a Delaware Corporation; and )
SUMCO USA SALES CORPORATION, aka  )
23 | SUMCO USA SALES, a Delaware corporation, )
                                      )
24 |                Defendants.           )
                                      )
25

26

27

28

---

[PROPOSED] ORDER RE: CONFIDENTIAL DOCUMENTS
CASE NO. C 01-4925 SBA (JCS), Related w/Case No. C 05-02133 SBA (JCS)

1.   On February 14, 2006 Plaintiff filed its Motions in Limine pursuant to this Court's Pretrial Preparation Order. As part of those Motions, Plaintiff filed Exhibits 11-14 to the Declaration of Duane H. Mathiowetz in Support of MEMC Electronic Materials, Inc.'s Motions in Limine under seal. For good cause shown, the Court issues the following Order with respect to exhibits 11-14 to that Declaration: Defendants have withdrawn the designation of these exhibits as confidential, such that they can become part of the public record.

2.   On February 21, 2006, Plaintiff filed its responses to Defendants' Motions in Limine pursuant to this Court's Pretrial Preparation Order. As part of these responses, Plaintiff filed Exhibits 2, 4, 6, 9 and 10 to the Declaration of Duane H. Mathiowetz In Support of MEMC Electronic Materials, Inc.'s Response to Defendants' Motion in Limine to Limit Testimony, E-mails and Quality Data under seal. Defendants have withdrawn the designation of these exhibits as confidential, such that they can become part of the public record.

IT IS SO ORDERED.

Dated: 3/6/06

                                            _____
                                            Hon. Saundra Brown Armstrong
                                            United States District Judge