| | |
|---|---|
| 1 | HOWREY LLP |
|   | DUANE H. MATHIOWETZ (State Bar No. 111831) |
| 2 | K.T. CHERIAN (State Bar No. 133967) |
|   | 525 Market Street, Suite 3600 |
| 3 | San Francisco, California 94105 |
|   | Telephone: 415.848.4900 |
| 4 | Facsimile: 415.848.4999 |
| 5 | *Appearing Pro Hac Vice:* |
|   | SENNIGER, POWERS, LEAVITT & ROEDEL |
| 6 | ROBERT M. EVANS, JR. |
|   | One Metropolitan Square, 16th Floor |
| 7 | St. Louis, MO 63102 |
|   | Telephone: 314.231.5400 |
| 8 | Facsimile: 314.231.4342 |
| 9 | Attorneys for Plaintiff |
|   | MEMC Electronic Materials, Inc. |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEMC ELECTRIC MATERIALS, INC., a Delaware corporation, | Case No. C 01-4925 SBA (JCS), |
| Plaintiff, | **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b)** |
| v. | |
| MITSUBISHI MATERIALS SILICON CORPORATION, a corporation of Japan; MITSUBISHI SILICON AMERICA CORPORATION, a California corporation; SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan; SUMCO USA CORPORATION, aka SUMCO USA, a Delaware corporation, and SUMCO USA SALES CORPORATION, aka SUMCO USA SALES, a Delaware corporation, | |
| Defendants. | |

**HOWREY**

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No. C 01-4925 SBA (JCS)
DM_US\8315986.v1

1  Plaintiff MEMC Electronic Materials, Inc.'s, through its counsel, hereby requests the Court to
2  file under seal the following documents:

3  1. PLAINTIFF'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY
4  JUDGMENT AGAINST DEFENDANTS FOR ACTIVE INDUCEMENT OF
5  INFRINGEMENT UNDER 35 U.S.C. § 271(b).

8  DATED: December 23, 2005                               HOWREY LLP

10                                              By:    /s/ Duane H. Mathiowetz
                                                       Duane H. Mathiowetz

12                                                     SENNIGER POWERS

13                                                     Robert M. Evans, Jr.
                                                       David W. Harlan
14                                                     Marc W. Vander Tuig

15                                                     Attorneys for Plaintiff
                                                       MEMC ELECTRONIC MATERIALS, INC.

17     IT IS SO ORDERED.

19  Dated: 6/20/06                              _____
                                                       SAUNDRA B. ARMSTRONG
20                                                     UNITED STATES DISTRICT JUDGE

**HOWREY**

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No. C 01-4925 SBA (JCS)
DM_US\8315986.v1