HOWREY LLP
DUANE H. MATHIOWETZ (State Bar No. 111831)
K.T. CHERIAN (State Bar No. 133967)
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: 415.848.4900
Facsimile: 415.848.4999

*Appearing Pro Hac Vice:*
SENNIGER, POWERS, LEAVITT & ROEDEL
ROBERT M. EVANS, JR.
One Metropolitan Square, 16th Floor
St. Louis, MO 63102
Telephone: 314.231.5400
Facsimile: 314.231.4342

Attorneys for Plaintiff
MEMC Electronic Materials, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEMC ELECTRIC MATERIALS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MITSUBISHI MATERIALS SILICON CORPORATION, a corporation of Japan; MITSUBISHI SILICON AMERICA CORPORATION, a California corporation; SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO, a corporation of Japan; SUMCO USA CORPORATION, aka SUMCO USA, a Delaware corporation, and SUMCO USA SALES CORPORATION, aka SUMCO USA SALES, a Delaware corporation,<br><br>Defendants. | Case No. C 01-4925 SBA (JCS),<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LOCAL RULE 79-5 AND 7-10(b)** |

1  Plaintiff MEMC Electronic Materials, Inc.'s, through its counsel, hereby requests the Court to
2  file under seal the following documents:

3  1. Exhibits 33-36 and 39 to the Declaration Of Duane H. Mathiowetz In Support Of
4  Plaintiff MEMC Electronic Materials, Inc.'s Motion For Summary Judgment Against
5  Defendants' Invalidity Affirmative Defense.

6  It is necessary and appropriate to file these documents under seal in that reference is made
7  throughout the motion to information and documents designated by Defendants as "Confidential –
8  Attorneys' Eyes Only." The exhibits attached to the these declarations are also "Confidential –
9  Attorneys' Eyes Only" documents. It is not practical to remove the confidential information or
10 exhibits from the motion or declarations and make it meaningful.

11  Pursuant to Local Rule 79-5(d), within five (5) days after the filing of this document,
12 Defendants must file with the Court and serve a declaration establishing that the designated
13 information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must
14 withdraw the designation of confidentiality. If Defendants do not file a responsive declaration as
15 required by this rule, the proposed filing will be made part of the public record.

16 DATED: December 23, 2005                    HOWREY LLP

18                                              By:    /s/ Duane H. Mathiowetz
19                                                     Duane H. Mathiowetz

20                                              SENNIGER POWERS

21                                              Robert M. Evans, Jr.
                                                David W. Harlan
22                                              Marc W. Vander Tuig

23                                              Attorneys for Plaintiff
                                                MEMC ELECTRONIC MATERIALS, INC.



| | |
|---|---|
| 1 | |
| 2 | IT IS SO ORDERED. |

Dated: 6-20-06

_____
SAUNDRA B. ARMSTRONG
UNITED STATES DISTRICT JUDGE

HOWREY
SIMON
ARNOLD &
WHITE

MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE UNDER SEAL
Case No. C 01-4925 SBA (JCS)
DM_US\8287466.v1

3