| | |
|---|---|
| 1 | TOWNSEND AND TOWNSEND AND CREW LLP |
| | IGOR SHOIKET (State Bar No. 190066) |
| 2 | PAUL F. KIRSCH (State Bar No. 127446) |
| | Two Embarcadero Center, Eighth Floor |
| 3 | San Francisco, California  94111 |
| | Telephone: (415) 576-0200 |
| 4 | Facsimile: (415) 576-0300 |
| | Email:  ishoiket@townsend.com |
| 5 | Email:  pkirsch@townsend.com |
| 6 | SENNIGER POWERS, |
| | ROBERT M. EVANS, JR. *(Pro Hac Vice)* |
| 7 | MARC W. VANDER TUIG (*Pro Hac Vice*) |
| | DAVID W. HARLAN *(Pro Hac Vice)* |
| 8 | One Metropolitan Square, 16th Floor |
| | St. Louis, MO 63102 |
| 9 | Telephone: 314-231-5400 |
| | Facsimile:  314-231-4342 |
| 10 | Email:  revans@senniger.com |
| | Email:  mvandertuig@senniger.com |
| 11 | Email:  dharlan@senniger.com |

Attorneys for Defendant and Counter-claimant
MEMC ELECTRONIC MATERIALS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SUMITOMO MITSUBISHI SILICON CORPORATION, aka SUMCO and SUMCO USA CORPORATION, | Case No.   CV 05-02133 SBA (JCS) Related to Case No. C 01-04925 SBA (JCS) |
| Plaintiffs and counter-defendants, | **ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| v. | |
| MEMC ELECTRONIC MATERIALS, INC., | **Honorable Saundra B. Armstrong** |
| Defendant and counter-claimant. | |
| AND RELATED COUNTERCLAIMS. | |

1 | Having considered Defendant MEMC Electronic Materials, Inc.'s Motion to Remove Incorrectly Filed Documents,

IT IS HEREBY ORDERED AS FOLLOWS:

1. Defendant's Notice of Motion and Motion for Summary Judgment on Count I (Docket Item No. 266), shall be permanently removed from the Court Docket; and

2. Defendant's Notice of Motion and Motion to Exclude the Testimony of Carl G. Degen Under Fed. R. Evid. 702 (Docket Item No. 268), shall be permanently removed from the Court Docket.

DATED: 6/7/07

*[signature: Saundra B. Armstrong]*

Honorable Saundra B. Armstrong
Judge of the United States District Court

61070691 v1